# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | NO. CV-18-00940-PHX-GMS |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| CP Buttes LLC, | |
| Defendant. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 15, 2018, Plaintiff to take nothing, and the complaint and action are hereby dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

June 15, 2018

By  s/ E. Aragon
     Deputy Clerk